IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR57

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| LYLE BODECKER | ) | |

**THIS MATTER** is before the Court on motion of defense counsel for permission to file for an interim payment of counsel fees and upon referral from the District Court.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and Janna D. Allison is hereby permitted to file an interim fee petition in this matter.

Signed: July 23, 2007

Dennis L. Howell
United States Magistrate Judge